1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102                    E-filing
       Telephone: (415) 436-6816
7      Facsimile: (415) 436-6748
       email:    stephanie.hinds@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,        )    C 07    3120
                                     )
14                     Plaintiff,    )
                                     )
15           v.                      )    WARRANT OF ARREST OF  MMC
                                     )    PROPERTY IN REM
16                                   )
                                     )
17  1.  1997 LAMBORGHINI DIABLO, VIN )
        ZA9RU37P6VLA12636,           )
18                                   )
    2.  2006 PORSCHE CAYENNE TURBO, VIN )
19      WP1AC29P96LA91296,           )
                                     )
20  3.  $8,692.42 IN FUNDS SEIZED FROM )
        COMMERCE BANK ACCOUNT HELD   )
21      IN THE NAME OF PSA, LLC.,    )
                                     )
22  4.  $6,314.76 IN FUNDS SEIZED FROM )
        COMMERCE BANK ACCOUNT HELD   )
23      IN THE NAME OF PHARMACY USA, )
        LLC, AND                     )
24                                   )
    5.  $1,076,636.89 IN FUNDS SEIZED FROM )
25      TD AMERITRADE ACCOUNT HELD IN )
        NAME OF CHRISTOPHER NAPOLI,, )
26                                   )
                                     )
27                     Defendants.   )
                                     )
28

WARRANT OF ARREST OF PROPERTY IN REM                                      1

TO: ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF THE DRUG ENFORCEMENT ADMINISTRATION:

YOU ARE HEREBY COMMANDED to arrest and seize the defendant $8,692.42 in funds seized from Commerce Bank Account Held in the name of PSA, LLC., and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

Claimants of the above-described $8,692.42 in funds seized from Commerce Bank Account Held in the name of PSA, LLC., which is the subject of this action shall file their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: Stephanie M. Hinds, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Ave., 9th floor, San Francisco, California 94102, within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier, and answers to the Complaint shall be filed and served within twenty (20) days thereafter or within such additional time as may be allowed by the Court.

Dated: June 13, 2007                    RICHARD W. WEIKING
                                        United States District Clerk


                                        By: _____

2