IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>1. 1997 LAMBORGHINI DIABLO, VIN ZA9RU37P6VLA12636, et al.,<br><br>Defendants<br>_____/ | No. C-07-3120 MMC<br><br>**ORDER OF REFERRAL** |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c) and Criminal Local Rule 8-1, to the Honorable Ronald M. Whyte for consideration of whether the case is related to United States v. Russo, et al., CR-06-00748 RMW. (See Compl. ¶ 7.)

**IT IS SO ORDERED.**

Dated: June 18, 2007

MAXINE M. CHESNEY
United States District Judge