1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6816
       Facsimile:  (415) 436-6748
8      Email: stephanie.hinds@usdoj.gov

9  Attorneys for Plaintiff

                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )     **Case No.  C 07-3120 MMC**
                                        )
14              Plaintiff,              )
                                        )     **CERTIFICATE OF SERVICE**
15       v.                             )
                                        )
16                                      )
    1.  1997 LAMBORGHINI DIABLO, VIN    )
17      ZA9RU37P6VLA12636,              )
                                        )
18  2.  2006 PORSCHE CAYENNE TURBO,     )
        VIN WP1AC29P96LA91296,          )
19                                      )
    3.  $8,692.42 IN FUNDS SEIZED FROM  )
20      COMMERCE BANK ACCOUNT           )
        HELD IN THE NAME OF PSA, LLC.,  )
21                                      )
    4.  $6,314.76 IN FUNDS SEIZED FROM  )
22      COMMERCE BANK ACCOUNT           )
        HELD IN THE NAME OF             )
23      PHARMACY USA, LLC, AND          )
                                        )
24  5.  $1,076,636.89 IN FUNDS SEIZED   )
        FROM TD AMERITRADE ACCOUNT      )
25      HELD IN NAME OF CHRISTOPHER     )
        NAPOLI,,                        )
26                                      )
                                        )
27              Defendants.             )
                                        )
28

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Complaint for Forfeiture;
- Notice of Forfeiture Action;
- Warrant of Arrest of Property in Rem;
- Case Management Conference Order;
- ECF Registration Information Handout;
- Dispute Resolution Procedures; and
- Order of Referral

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Joseph P. Green Jr., Esq  
Law Offices of Duffy Green and Redmond  
10 North Church Street, Suite 307  
West Chester, PA 19380-3059  
Attorney for Christopher Napoli and  
Christine Napoli

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2007, at San Francisco, California.

_____/S/_____  
CAROLYN JUSAY  
Legal Assistant  
Asset Forfeiture Unit

CERTIFICATE OF SERVICE                                                                 2  
C 07-3120 MMC