1  Joseph P. Green, Jr.
   Duffy & Green
2  Ten North Church Street
   West Chester, PA 19380
3  Telephone: 610-6920500

4  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
5  44 Montgomery Street
   Suite 2080
6  San Francisco, CA 94104
   Telephone: 415-362-6252
7  Facsimile: 415-677-9445

8  Attorneys for Defendants

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11 | UNITED STATES OF AMERICA, |
12 |     Plaintiff, | **Case No. 3:07-CV-03120-MMC**
13 |     v. |
14 | 1.  1997 LAMBORGHINI DIABLO, VIN ZA9RU37P6VLA12636, | **CASE MANAGEMENT STATEMENT**
15 |
16 | 2.  2006 PORSCHE CAYENNE TURBO, VIN WP1AC29P96LA91296, |
17 |
18 | 3.  $8,692.42 IN FUNDS SEIZED FROM COMMERCE BANK ACCOUNT HELD IN THE NAME OF PSA, LLC., |
19 |
20 | 4.  $6,314.76 IN FUNDS SEIZED FROM COMMERCE BANK ACCOUNT HELD IN THE NAME OF PHARMACY USA, LLC, |
21 |
22 |
23 | 5.  $1,076,636.89 IN FUNDS SEIZED FROM TD AMERITRADE ACCOUNT HELD IN NAME OF CHRISTOPHER NAPOLI, |
24 |
25 |     Defendants. |
26

27         Pursuant to Federal Rule of Civil Procedure 16(b), and the Initial Case Management

28 Scheduling Order, local counsel for claimants hereby files this Case Management

CASE MANAGEMENT STATEMENT
No. 3:07-CV-03120-MMC

Conference Statement. Counsel for the government, Stephanie Hinds, is unavailable until September 18, 2007, but these issues were discussed with Ms. Hinds prior to her departure.

### 1. The Basis for the Court's Subject Matter Jurisdiction:

This Court has jurisdiction under Title 28, United States Code, Sections 1345 and 1355, Title 21 United States Code, Section 881 and Title 18, United States Code Section 981.

### 2. Issues Regarding Personal Jurisdiction or Venue:

Claimants have been served with a copy of the Summons and Complaint. Claimants Christopher Napoli, Christine Napoli, Pharmacy USA, LLC, and PSA, LLC, have filed an Answer to the Complaint.

Claimants have denied that venue is proper in the Northern District of California. It is further denied that the property was located in the District at the time of seizure. Most of the seized property is presently located in New Jersey and Pennsylvania, but the government contends that the funds seized from the TD Ameritrade Account are in the custody of the Marshall in this District.

Claimants contend that if venue were theoretically proper within the District, venue should be transferred to the Eastern District of Pennsylvania, where the claimants reside, where the property was located at the time of seizure, and where the litigation between the parties was pending before this action was undertaken.

### 3. Brief Description of the Case:

This is a forfeiture action. The government contends the funds and properties seized were the proceeds from an illegal internet Pharmacy.

The Claimants contend the operation of the business was entirely lawful, as set forth in the Declaratory Judgment action filed in the Eastern District of Pennsylvania (and now pending in the United States Court of Appeals for the Third Circuit, captioned PSA, LLC, et al., v. Gonzales, et al., No. 07-2554).

**4.    Proposal for Stay and Limited Discovery:**

The government and defense have discussed the possibility of staying this matter, while the grand jury investigation is pending. The government has drafted a stipulation to that effect. The parties have discussed one exception to the proposed stay regarding third party discovery of a witness in Chicago who may be in possession of records sought by both the government and Claimants.

**5.    Related Proceedings:**

There are no related forfeiture proceedings. A grand jury investigation is underway in this District, and a grand jury investigation has been active in the Eastern District of Pennsylvania. The claimants' prior declaratory judgment action is pending in the Third Circuit.

Date: September 14, 2007                                 Respectfully submitted,

                                                                                  */s/ Christopher J. Cannon*
                                                                                  Christopher J. Cannon

Date: September 14, 2007                                 */s/ JosephP. Green*_____
                                                                                  Joseph P. Green