SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6816
   Facsimile: (415) 436-6748
   Email: stephanie.hinds@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>1. 1997 LAMBORGHINI DIABLO, VIN ZA9RU37P6VLA12636,<br><br>2. 2006 PORSCHE CAYENNE TURBO, VIN WP1AC29P96LA91296,<br><br>3. $8,692.42 IN FUNDS SEIZED FROM COMMERCE BANK ACCOUNT HELD IN THE NAME OF PSA, LLC.,<br><br>4. $6,314.76 IN FUNDS SEIZED FROM COMMERCE BANK ACCOUNT HELD IN THE NAME OF PHARMACY USA, LLC, AND<br><br>5. $1,076,636.89 IN FUNDS SEIZED FROM TD AMERITRADE ACCOUNT HELD IN NAME OF CHRISTOPHER NAPOLI,,<br><br>    Defendants. | No. C 07-3120 RMW<br><br>PROOF OF PUBLICATION |

1 | The United States hereby submits the attached Proof of Publication by The San Francisco Daily Journal.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: 9/18/07

/s/
STEPHANIE M. HINDS
Assistant United States Attorney

**SAN FRANCISCO DAILY JOURNAL**
~ SINCE 1893 ~

44 MONTGOMERY ST STE 250, SAN FRANCISCO, CA 94104
Telephone (800) 640-4829 / Fax (510) 465-1657

This space for filing stamp only

ANDREA HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

SF#: 1158748

**NOTICE OF FORFEITURE ACTION**
No: C07-3120 MMC
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA, Plaintiff,
v.
1997 LAMBORGHINI DIABLO, VIN ZA9RU37P6VLA12636,
2006 PORSCHE CAYENNE TURBO, VIN WP1AC29P96LA91296,
$8,692.42 IN FUNDS SEIZED FROM COMMERCE BANK ACCOUNT HELD IN THE NAME OF PSA, LLC,
$6,314.76 IN FUNDS SEIZED FROM COMMERCE BANK ACCOUNT HELD IN THE NAME OF PHARMACY USA, LLC, AND
$1,076,636.89 IN FUNDS SEIZED FROM TD AMERITRADE ACCOUNT HELD IN NAME OF CHRISTOPHER NAPOLI, Defendants.

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California      )
County of SAN FRANCISCO ) ss.

Notice Type:   USM3 - U S MARSHAL NOTICE

Ad Description: 07-DEA-478667. 612, 631, 774, 783 1997 LAMBORGHINI DIABLO, ET AL

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SAN FRANCISCO DAILY JOURNAL, a newspaper published in the English language in the city of SAN FRANCISCO, county of SAN FRANCISCO, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SAN FRANCISCO, State of California, under date 06/28/1990, Case Nos. 670493 and 18,469. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

07/02/2007, 07/09/2007, 07/16/2007

Executed on: 07/16/2007
At SAN FRANCISCO, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.


Signature

A civil complaint seeking forfeiture pursuant to Title 18, United States Code, Section 981(a) and Title 21, United States Code, Section 881(a)(6) was filed on June 13, 2007, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant funds and vehicles.
In order to contest forfeiture of the in rem defendant funds and vehicles, any person who asserts an interest in or right against the funds must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule (G)(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.
Statement of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Stephanie M. Hinds, Assistant United States Attorney, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102.
Dated: June 13, 2007
Respectfully submitted,
SCOTT N. SCHOOLS
United States Attorney
STEPHANIE M. HINDS
Assistant United States Attorney
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division
STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102, Telephone: 415-436-6816, Facsimile: 415-436-6748
Email: stephanie.hinds@usdoj.gov
Attorneys for United States of America
7/2, 7/9, 7/16/07
SF-1158748#