UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:07_cv_03120_MMC |
| Plaintiff | |
| v. | CONTROLLED SUBSTANCE FORFEITURE ACTION |
| 1997 LAMBORGHINI DIABLO, etc., | TRIAL BY JURY OF |
| Defendants | TWELVE DEMANDED |

## CLAIMS FOR RETURN OF PROPERTY

1. Claimants are Christopher Napoli, Christine Napoli, PSA, LLC, and Pharmacy USA, LLC.

2. The claimants are the respective owners of the following seized property that is the subject of this action:

   a. 1997 Lamborghini owned by Christopher Napoli;

   b. 2006 Porsche Cayenne owned by Christine Napoli, his wife;

   c. $8,692.42 seized from Commerce Bank owned by PSA, LLC, an entity owned by Christopher Napoli;

   d. $6,314.76 seized from Commerce Bank owned by Pharmacy USA, LLC, an entity owned by Christopher Napoli; and

   e. $1,076,636.89 seized from an Ameritrade account owned by Christopher Napoli.

3. This claim is executed by Christopher Napoli individually and on behalf of his wife, Christine Napoli, and his entities Pharmacy USA, LLC, and PSA, LLC,

4. This Claim is made under penalty of perjury, certified as true and correct,

dated and signed pursuant to 28 U.S.C. § 1746 (Unsworn declarations under penalty of perjury).

Respectfully submitted,

Dated: September 14, 2007        By: _____
                                      Christopher Napoli

    I declare, certify, verify, and state, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on September 14, 2007.

By: _____
    Christopher Napoli