IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A, <br><br> Plaintiff, <br><br> v. <br><br> 1997 LAMBORGHINI DIABLO, et al., <br><br> Defendant. | ***E-FILED - 3/19/08*** <br><br> CASE NO.: C-07-03120-RMW <br><br> **CLERK'S NOTICE REGARDING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set before the Honorable Judge Ronald M. Whyte will be conducted before Magistrate Judge Patricia V. Trumbull on **March 28, 2008 at 9:00 a.m.** Parties are to appear in courtroom #5, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: March 19, 2008

/s/ Corinne Lew
Courtroom Deputy

Copy of Order E-Filed to Counsel of Record: