UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-FILED 3/31/08**

CIVIL MINUTES

DATE: **March 28, 2008**

Case No. **C-07-03120  RMW**          JUDGE: **Patricia V. Trumbull**

**USA**                -v-  **1997 LAMBORGHINI DIABLO, ET AL.,**
 Title

  No Appearance                    No Appearance
**Attorneys Present**                  **Attorneys Present**

**COURT CLERK:** Jackie Garcia          **COURT REPORTER:** FTR

PROCEEDINGS

**CASE MANAGEMENT CONFERENCE**

**ORDER AFTER HEARING**

**Case Management Conference NOT Held.  Parties did not appear.  Court to issue an Order to Show Cause.**