1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-6816

7      Facsimile:  (415) 436-6748                    ***E-FILED - 3/5/09***
       Email: stephanie.hinds@usdoj.gov

8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,            )      Case No.  C 07-3120 RMW
14                                       )
              Plaintiff,                 )
15                                       )
         v.                              )
16                                       )
   1.  1997 LAMBORGHINI DIABLO, VIN      )      STIPULATION AND [PROPOSED]
17       ZA9RU37P6VLA12636,              )      ORDER RE STAY OF  ACTION
                                         )
18 2.  2006 PORSCHE CAYENNE TURBO,       )
        VIN WP1AC29P96LA91296,           )
19                                       )
   3.  $8,692.42 IN FUNDS SEIZED FROM    )
20      COMMERCE BANK ACCOUNT            )
        HELD IN THE NAME OF PSA, LLC.,   )
21                                       )
   4.  $6,314.76 IN FUNDS SEIZED FROM    )
22      COMMERCE BANK ACCOUNT            )
        HELD IN THE NAME OF              )
23      PHARMACY USA, LLC, AND           )
                                         )
24 5.  $1,076,636.89 IN FUNDS SEIZED     )
        FROM TD AMERITRADE ACCOUNT       )
25      HELD IN NAME OF CHRISTOPHER      )
        NAPOLI,                          )
26                                       )
              Defendants.                )
27 _____)

28

1    IT IS HEREBY STIPULATED by and between plaintiff United States of America and

2    claimants Christopher Napoli, Christine Napoli, Pharmacy USA LLC and PSA LLC, through

3    undersigned counsel, that this action be stayed pursuant to 21 U.S.C. § 881(j).  The parties

4    contend that a stay of this action is warranted under § 881(j)  because the government is presently

5    conducting an criminal investigation concerning claimant Christopher Napoli and others in

6    regards to the distribution of controlled substances via the internet.  Some of the other targets of

7    the investigation have been indicted in this district in a case captioned *United States v. Andrew*

8    *Russo, et al*, CR 06-00748 RMW.  The investigation is continuing with respect to Christopher

9    Napoli.  Since the criminal activity at issue in the investigation and related criminal indictment

10   forms, in large part, the basis for the forfeiture allegations in the government's complaint for

11   forfeiture in this action, the parties agree that a stay in the forfeiture proceeding is appropriate at

12   this time in order to preserve the confidentiality of the government's criminal investigation

13   and Christopher Napoli's right against self-incrimination in the related criminal matter.  The

14   parties thus request that matter be stayed pending resolution of the criminal investigation

15   concerning Mr. Napoli  and that any pending deadlines or assigned dates also be stayed and

16   vacated.

17        The parties have further agreed that during the period of the Stay, claimants may pursue

18   discovery from DJ Johnson and NTS Services Corp., 205 Enterprise Drive, Pekin, IL 61554, and

19   any related person or entity, consistent with what is required under the applicable Federal Rules

20   of Civil Procedure.  Further discovery may be undertaken on different subjects or of unrelated

21   persons or entities during the period of the stay by agreement of the parties or upon Motion and

22   further Order.

23        Upon the resolution of the criminal investigation, the parties will notify the Court so that the

24   forfeiture matter may be set for further status.   Alternatively, should the Court wish to set the

25

26

27   / /

28   / /

STIPULATION AND ORDER RE STAY OF ACTION
C 07-3120 RMW                                                                    2

1  matter for status at this time, the parties request that the matter be set for status in approximately

2  6 months.

3  DATED: _____        _____/s/_____

4                                                             STEPHANIE M. HINDS

5                                                             Assistant United States Attorney

6

7

8  DATED: _____        _____/s/_____

9                                                             CHRISTOPHER J. CANNON

10                                                           Attorney for Christopher Napoli,

                                                             Christine Napoli, Pharmacy USA, LLC
11                                                           and PSA, LLC

12

13                        **[PROPOSED] ORDER RE STAY**

14

15      Upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that

16  the above-entitled civil forfeiture action is stayed in light of the pending related criminal

17  investigation of claimant Christopher Napoli.

18      IT IS FURTHER ORDERED that during the period of the stay, the parties may pursue

19  discovery against the third parties identified above in a manner consistent with the terms of this

20  stipulation.
                                                             8/14/09 @ 10:30 A.M.
21      IT IS FURTHER ORDERED that this matter is continued until _____ for status.

22

23

24  DATED: 3/5/09                                   *Ronald M. Whyte*

25                                                           RONALD M. WHYTE
                                                             United States District Judge
26

27

28