JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6816
Facsimile:  (415) 436-7234
Email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 9/4/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>1.  1997 LAMBORGHINI DIABLO, VIN ZA9RU37P6VLA12636,<br><br>2.  2006 PORSCHE CAYENNE TURBO, VIN WP1AC29P96LA91296,<br><br>3.  $8,692.42 IN FUNDS SEIZED FROM COMMERCE BANK ACCOUNT HELD IN THE NAME OF PSA, LLC.,<br><br>4.  $6,314.76 IN FUNDS SEIZED FROM COMMERCE BANK ACCOUNT HELD IN THE NAME OF PHARMACY USA, LLC, AND<br><br>5.  $1,076,636.89 IN FUNDS SEIZED FROM TD AMERITRADE ACCOUNT HELD IN NAME OF CHRISTOPHER NAPOLI,<br><br>        Defendants. | Case No.  C 07-3120 RMW<br><br>**STIPULATION AND [============<br>ORDER TO CONTINUE<br>CASE MANAGEMENT CONFERENCE** |

1  IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants Christopher Napoli, Christine Napoli, Pharmacy USA LLC and PSA LLC, through undersigned counsel, that the case management conference currently scheduled for Friday, September 4, 2009, be continued for approximately 120 days.  The parties contend that a continuance of the case management conference is appropriate as there is a pending criminal investigation against claimant Christopher Napoli and this court has already entered a stay of this action is under 21 U.S.C. § 881(j) .  Since the criminal activity at issue in the investigation and related criminal indictment forms, in large part, the basis for the forfeiture allegations in the government's complaint for forfeiture in this action, the parties agree that a stay in the forfeiture proceeding and a continuance of the case management conference is appropriate at this time in order to preserve the confidentiality of the government's criminal investigation and Christopher Napoli's right against self-incrimination in the related criminal matter.

Notwithstanding the parties request for a continuance of the case management conference, the parties reserve the right to bring any motions consistent with the terms of this stipulation and the court's order granting a stay of these proceedings.

DATED: 09/03/09                                    /S/
                                               STEPHANIE M. HINDS
                                               Assistant United States Attorney

DATED: 09/03/09                                    /S/
                                               CHRISTOPHER J. CANNON
                                               Attorney for Christopher Napoli,
                                               Christine Napoli, Pharmacy USA, LLC
                                               and PSA, LLC

**[] ORDER RE STAY**

Upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that the case management conference in the above-entitled civil forfeiture action currently scheduled for Friday, September 4, 2009, is vacated.  The conference is rescheduled for  January 15, 2010 @ 10:30 am  .

1   IT IS FURTHER ORDERED that the parties reserve the right to file any motions consistent
2   with the terms of the above stipulation and the court's previous order granting a stay of these
3   proceedings.  These proceedings continue to be stayed.

5   DATED:  9/4/09

_____
RONALD M. WHYTE
United States District Judge