1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney                    ***E-FILED - 5/27/10***

5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6816
7  Facsimile:  (415) 436-7234
   Email: stephanie.hinds@usdoj.gov

8
   Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          )    Case No.  C 07-3120 RMW
14                                     )
                 Plaintiff,            )
15                                     )
           v.                          )
16                                     )
   1.  1997 LAMBORGHINI DIABLO, VIN    )    STIPULATION AND [XXXXXXXXXX]
17       ZA9RU37P6VLA12636,            )    ORDER TO CONTINUE
                                       )    CASE MANAGEMENT CONFERENCE
18  2.  2006 PORSCHE CAYENNE TURBO,    )
       VIN WP1AC29P96LA91296,          )
19                                     )
   3.  $8,692.42 IN FUNDS SEIZED FROM  )
20      COMMERCE BANK ACCOUNT          )
       HELD IN THE NAME OF PSA, LLC.,  )
21                                     )
   4.  $6,314.76 IN FUNDS SEIZED FROM  )
22      COMMERCE BANK ACCOUNT          )
       HELD IN THE NAME OF             )
23      PHARMACY USA, LLC, AND         )
                                       )
24  5.  $1,076,636.89 IN FUNDS SEIZED  )
       FROM TD AMERITRADE ACCOUNT )
25      HELD IN NAME OF CHRISTOPHER    )
       NAPOLI,                         )
26                                     )
                 Defendants.           )
27  _____)

28

1    IT IS HEREBY STIPULATED by and between plaintiff United States of America and

2 claimants Christopher Napoli, Christine Napoli, Pharmacy USA LLC and PSA LLC, through

3 undersigned counsel, that the case management conference currently scheduled for Friday, May

4 28, 2010, be continued for approximately 120 days.  The parties contend that a continuance of

5 the case management conference is appropriate as there is a pending criminal investigation

6 against claimant Christopher Napoli and this court has already entered a stay of this action is

7 under 21 U.S.C. § 881(j) .  Since the criminal activity at issue in the investigation and related

8 criminal indictment forms, in large part, the basis for the forfeiture allegations in the

9 government's complaint for forfeiture in this action, the parties agree that a stay in the forfeiture

10 proceeding and a continuance of the case management conference is appropriate at this time in

11 order to preserve the confidentiality of the government's criminal investigation and Christopher

12 Napoli's right against self-incrimination in the related criminal matter.

13    Notwithstanding the parties request for a continuance of the case management conference,

14 the parties reserve the right to bring any motions consistent with the terms of this stipulation,

15 including a motion to set aside the stay and the court's order granting a stay of these proceedings.

16

17

18 DATED: 05/27/10                                                 /S/
                                                    STEPHANIE M. HINDS
19                                                  Assistant United States Attorney

20
   DATED: 05/27/10                                               /S/
21                                                  CHRISTOPHER J. CANNON
                                                    Attorney for Christopher Napoli,
22                                                  Christine Napoli, Pharmacy USA, LLC
                                                    and PSA, LLC
23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE CMC
C 07-3120 RMW                                                                          2

1

**[ xxxxxxxxx )] ORDER RE STAY**

2      Upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that

3   the case management conference in the above-entitled civil forfeiture action currently scheduled

4   for Friday, May 28, 2010, is vacated.  The conference is rescheduled for

5    September 24, 2010 @ 10:30 a.m.

6      IT IS FURTHER ORDERED that the parties reserve the right to file any motions consistent

7   with the terms of the above stipulation and the court's previous order granting a stay of these

8   proceedings.  These proceedings continue to be stayed.

9

10  DATED:   5/27/10

            _Ronald M. Whyte_
            RONALD M. WHYTE
11          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE CMC
C 07-3120 RMW                                                         3