1  MELINDA HAAG (CSBN 132612)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney

5

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495

7     Telephone: (415) 436-6816
      Facsimile:  (415) 436-6748

8     Email: stephanie.hinds@usdoj.gov

9  Attorneys for Plaintiff

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,          )   **Case No.  C 07-3120 RMW**
14                                     )
              Plaintiff,               )
15                                     )
           v.                          )
16                                     )
   1.  1997 LAMBORGHINI DIABLO, VIN    )   **PLAINTIFF'S REQUEST FOR DISMISSAL**
17     ZA9RU37P6VLA12636,              )   **WITHOUT PREJUDICE AND**
                                       )   **[PROPOSED]**
18 2.  2006 PORSCHE CAYENNE TURBO, VIN )   **ORDER**
       WP1AC29P96LA91296,              )
19                                     )
   3.  $8,692.42 IN FUNDS SEIZED FROM  )
20     COMMERCE BANK ACCOUNT HELD      )
       IN THE NAME OF PSA, LLC.,       )
21                                     )
   4.  $6,314.76 IN FUNDS SEIZED FROM  )
22     COMMERCE BANK ACCOUNT HELD      )
       IN THE NAME OF PHARMACY USA,    )
23     LLC, AND                        )
                                       )
24 5.  $1,076,636.89 IN FUNDS SEIZED FROM )
       TD AMERITRADE ACCOUNT  HELD IN  )
25     NAME OF CHRISTOPHER NAPOLI,     )
                                       )
26              Defendants.            )
                                       )
27 ─────────────────────────────────── )

28

1    Pursuant to Rule 41(a)(2) of Federal Rules of Civil Procedure, plaintiff hereby submits this request to

2   dismiss the above-captioned action without prejudice.  Plaintiff contends that dismissal without prejudice

3   of this action is appropriate because the property subject to forfeiture in this civil action is now subject to

4   forfeiture in a related criminal action captioned *United States v. Christopher Napoli, et al*, CR 10-0642

5   RS, currently pending in United States District Court in San Francisco.   Upon stipulation of the parties,

6   the civil action had been stayed pending resolution of the underlying criminal investigation of Napoli and

7   others related to the unlawful distribution of controlled substances over the internet and for related

8   money laundering violations.  That investigation has now resulted in the above-referenced criminal

9   indictment and includes the property subject to forfeiture in this civil forfeiture action.  Although

10   claimant Christopher Napoli has filed an Answer in the civil action seeking return of the property, he can

11   adjudicate those claims if he successfully defends the criminal action. Plaintiff thus requests that this

12   matter be dismissed without prejudice and that each party bear their own costs for this action.

13   DATED:  9/1/10                          Respectfully submitted,

14                                           MELINDA HAAG
15                                           United States Attorney

16

17                                           STEPHANIE M. HINDS
18                                           Assistant United States Attorney

19                          **[PROPOSED] ORDER**

20       Having reviewed plaintiff's request for dismissal without prejudice, any opposition filed thereto

21   if any, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action without

22   prejudice.  The Court further orders that each party bears its own costs in this action.

23       IT IS SO ORDERED.

24
     Dated:  9/13/10
25                                           RONALD M.  WHYTE
                                             UNITED STATES DISTRICT JUDGE
26

27

28
     PLAINTIFF'S REQUEST FOR
     DISMISSAL WITHOUT PREJUDICE
     AND [PROPOSED] ORDER
     C 07-3120 RMW                                                                                    2